```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X     O R D E R
JOSEPH M. MONDESIR,

                Plaintiff,                CV-06-2948 (JG)

        -against-

ALLISON L. BREHM, et al.,

                Defendants.
------------------------------------X
```

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 20 2006 ★
BROOKLYN OFFICE

An initial conference will be held in the above-captioned case on July 6, 2006, at 12:45 P.M., before the Honorable Joan M. Azrack, United States Magistrate Judge, in **Room 1210S** at 225 Cadman Plaza East, Brooklyn, New York. All counsel must be present. In the event this case becomes eligible for arbitration before the scheduled conference, please call **718-613-2530** to cancel.

<u>Defendant's counsel is requested to confirm with plaintiff's counsel that all necessary participants are aware of this conference</u>. No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

SO ORDERED.

Dated: Brooklyn, New York
       June 14, 2006

                                         s/Joan M. Azrack
                                         _____
                                         JOAN M. AZRACK
                                         UNITED STATES MAGISTRATE JUDGE