UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSEPH M. MONDESIR,

                  Plaintiff,

-against-

ALLISON L. BREHM and KATHLEEN
BREHM,

                  Defendants.
-----------------------------------------------------------------X

JUDGMENT
06-CV-2948 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 31 ★

BROOKLYN OFFICE

        An Order of Honorable John Gleeson, United States District Judge, having been filed on July 28, 2006, dismissing the case without prejudice, on consent of all parties; it is

        ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that the case is dismissed without prejudice.

Dated: Brooklyn, New York
       July 28, 2006

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court